THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PATSY SENZEREVENIO and ANGELO DE ANGELO, Appellants.

Submitted January 11, 1954; decided January 21, 1954.

744

*Jesse E. Cantor, District Attorney* (*Frank Del Vecchio* of counsel), for motion.

*Perry B. Rauch* and *Jacob Benderson* opposed.

Motions granted.